UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

                Plaintiff,

        v.                              CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,

                Defendant.
_____/
UNITED STATES OF AMERICA,

                Plaintiff,

        v.                              CR. NO. S-09-035 LKK

ROBERT WATSON,

                Defendant.
_____/
UNITED STATES OF AMERICA,

                Plaintiff,

        v.                              CR. NO. S-09-040 LKK

JAMES RICHARD WAHL, JR.,

                Defendant.
_____/
```

////

```
1  UNITED STATES OF AMERICA,
2                     Plaintiff,
3          v.                          CR. NO. S-09-062 LKK
4  JENNIFER LOU DAHLMAN,
5                     Defendant.       NON-RELATED CASE ORDER
6  _____/
```

7      The court is in receipt of the notice of related cases filed
8 on February 18, 2009, in which a defendant in <u>Four In One Company,</u>
9 <u>Inc. v. SK Foods, et al.</u>, Case No. 2:08-cv-3017-MCE-EFB, states
10 that the above-captioned cases are related to Case No. 08-cv-03017-
11 MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-
12 EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH,
13 and Case No. 09-cv-00240. After review of the cases, the court
14 concludes that they do not meet the definition of "related cases"
15 as given by Local Rule 83-123(a) and therefore DECLINES to relate
16 them.

17      IT IS SO ORDERED.

18      DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2