1  LAWRENCE G. BROWN
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2741
   Facsimile: (916) 554-2900
5
   Attorneys for the United States of America
6

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9
   ALBERT HACKETT and DALANEA     )   No. 2:09-cv-00240 GEB JFM
10 HACKETT,                       )
                                  )   **STIPULATION TO MODIFY SCHEDULING**
11         Plaintiffs,            )   **ORDER AND ORDER THEREON**
                                  )
12 vs.                            )
                                  )   Complaint Filed:   January 27, 2009
13 UNITED STATES OF AMERICA,      )   Trial Date:        November 9, 2010
                                  )
14         Defendants.            )
                                  )
15

16         COMES NOW Plaintiffs Albert and Dalanea Hackett and Defendant United States of America,

17 by and through their counsel of record, and hereby STIPULATE to modify the scheduling order to

18 postpone the exchange of expert disclosures from November 2, 2009 until January 29, 2010.  This

19 requested change is based on the fact that the parties have now completed the exchange of written

20 discovery and seek to mediate this action to determine if settlement can be reached prior to incurring the

21 expense associated with lengthy party, percipient witness, and treating physician depositions, which

22 should be taken prior to the exchange of expert disclosures in this case given Plaintiff's nearly million

23 dollar administrative claim.  The parties agree that settlement is more likely to occur if the time, energy

24 and monies can be directed toward settlement efforts and not ongoing discovery and expert issues.

25         The parties have not previously requested any changes to the May 5, 2009 Scheduling Order and

26 do not currently anticipate requesting any other Scheduling Order changes.  The proposed change in the

27 expert disclosure date will not impact any of the other scheduled dates.  Specifically, discovery does not

28 cutoff until April 7, 2010 and thus an expert exchange on January 29, 2010 will not impact the close of

discovery or the scheduled pretrial motion, pretrial conference or trial dates.  Thus, the only proposed change to the scheduling order is the date of expert exchange and all other dates and requirements of the order are unaffected.

IT IS SO STIPULATED.

DATED: September 16, 2009                         LAW OFFICE OF DARRIN W. MERCIER


                                                  By:    */s/ Darrin W. Mercier*
                                                         DARRIN W. MERCIER
                                                         Attorney for Plaintiffs


DATED: September 16, 2009                         LAWRENCE G. BROWN
                                                  United States Attorney


                                                  By:    */s/ Kelli L. Taylor*
                                                         KELLI L. TAYLOR, Assistant U.S. Attorney
                                                         Attorneys for the United States

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request for a modification of the April 5, 2009 Scheduling Order and Orders that expert disclosures shall now be continued from November 2, 2009 until January 29, 2010.  All other dates and conditions in the scheduling order are unchanged.

IT IS SO ORDERED:

Dated:  September 18, 2009


                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge


G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Stipulation Extend Time Exchange Expert Reports.wpd