1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2741
   Facsimile: (916) 554-2900
5
   Attorneys for the United States of America
6

7                IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9
   ALBERT HACKETT and DALANEA   )   No. 2:09-cv-00240 GEB JFM
10 HACKETT,                     )
                                )   **STIPULATION TO MODIFY SCHEDULING**
11           Plaintiffs,        )   **ORDER AND ORDER THEREON**
                                )
12 vs.                          )
                                )   Complaint Filed:   January 27, 2009
13 UNITED STATES OF AMERICA,    )   Trial Date:        November 9, 2010
                                )
14           Defendants.        )
                                )
15

16       COME NOW Plaintiff Albert Hackett and Defendant United States of America, by and through

17 their counsel of record, and hereby STIPULATE to modify the scheduling order to postpone the

18 exchange of expert disclosures from a mutual exchange on January 29, 2010, to a staggered exchange

19 wherein Plaintiff's disclosure is due on February 19, 2010 and Defendant's disclosure is due on March 5,

20 2010.  All other dates in the scheduling order will remain unaffected.

21       This is the parties' second requested postponement of expert disclosures.  The first request was

22 after the parties completed the exchange of written discovery and sought to mediate this action to

23 determine if settlement could be reached prior to incurring the expense associated with lengthy party,

24 percipient witness, and treating physician depositions, which should be taken prior to the exchange of

25 expert disclosures in this case, given Plaintiff's nearly million dollar administrative claim.  The parties in

26 fact mediated this case on November 19, 2009, but were unable to reach a settlement.  Settlement

27 discussions were hampered, in part, because of a significant unanswered question regarding Plaintiff's

28 health.  Plaintiff has requested an opportunity to further evaluate this issue with his primary care

---

Stipulation to Modify Scheduling Order                1

physician and specialist before incurring further expert expenses and litigation costs and so the parties can determine whether settlement can be reached.  The United States is agreeable to a slight delay in the expert exchange as specified herein, especially because it will not impact the other dates in the scheduling order.  Specifically, discovery will still cutoff on April 7, 2010, and the scheduled pretrial motion deadline, pretrial conference and trial dates will remain unchanged.  Thus, the only proposed changes to the scheduling order are the dates of expert exchange and all other dates and requirements of the order are unaffected.

IT IS SO STIPULATED.

DATED: January 7, 2010                                   LAW OFFICE OF DARRIN W. MERCIER


                                       By:    /s/ Darrin W. Mercier
                                              DARRIN W. MERCIER
                                              Attorney for Plaintiffs


DATED: January 7, 2010                                   BENJAMIN B. WAGNER
                                                         United States Attorney


                                       By:    /s/ Kelli L. Taylor
                                              KELLI L. TAYLOR, Assistant U.S. Attorney
                                              Attorneys for the United States

## **ORDER**

     Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request for a modification of the Scheduling Orders dated April 5, 2009 and September 18, 2009.  Plaintiff's expert disclosure shall now be due on February 19, 2010 and Defendant's expert disclosure shall be due on March 5, 2010.  All other dates and conditions in the scheduling order are unchanged.

     IT IS SO ORDERED:

Dated: January 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation to Modify Scheduling Order                    2