IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HACKETT and DALANEA HACKETT, | ) ) |
| Plaintiffs, | ) 2:09-cv-00240-GEB-JFM ) |
| v. | ) ORDER RE: SETTLEMENT ) AND DISPOSITION |
| | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

On February 24, 2010, Defendant filed a Notice of Settlement in which it states "the above-entitled action has settled in its entirety" and "[t]he Settlement Agreement, Releases and Stipulation for Dismissal are expected to be filed within twenty days." Therefore, a dispositional document shall be filed no later than March 17, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1