IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HACKETT and DALANEA HACKETT,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | 2:09-cv-00240-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        On February 24, 2010, Defendant filed a Notice of Settlement in which it states "the above-entitled action has settled in its entirety" and "[t]he Settlement Agreement, Releases and Stipulation for Dismissal are expected to be filed within twenty days." Therefore, a dispositional document shall be filed no later than March 17, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1